IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

PATRICIA HODES,

    Plaintiff,

v.                                   CASE NO. 1:09-cv-00069-MP-AK

POLLACK & ROSEN P A,

    Defendant.

_____/

**O R D E R**

This matter is before the Court on Doc. 23, Stipulation of Dismissal by Patricia Hodes. Based on the Stipulation of Dismissal by all appearing parties, and pursuant to Fed. R. Civ. P. 41(a)(1), the above referenced matter is hereby DISMISSED WITH PREJUDICE.

    **DONE AND ORDERED** this  *3rd* day of November, 2009

                          *s/Maurice M. Paul*
                      Maurice M. Paul, Senior District Judge